UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quantre Antawn Whitaker**          **Docket No. 5:02-CR-111-1H**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quantre Antawn Whitaker, who, upon an earlier plea of guilty to Possession With Intent to Distribute at Least 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), and Carrying Firearms During and in Relation to a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 10, 2002, to the custody of the Bureau of Prisons for a term of 181 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On April 2, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence for count one was reduced from 121 months to 120 months, for a total of 180 months. Quantre Antawn Whitaker was released from custody on June 9, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 1, 2016, the defendant was cited for DWLR Impaired Revocation (16CR644) in Nash County, North Carolina. This case is pending adjudication. As a sanction for this conduct, we are recommending the defendant be required to abide by a curfew for a period not to exceed 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: June 8, 2016 |

Quantre Antawn Whitaker
Docket No. 5:02-CR-111-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 9th day of June, 2016 and ordered filed and made a part of the records in the above case.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge