UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quantre Antawn Whitaker**  Docket No. 5:02-CR-111-1H

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quantre Antawn Whitaker, who, upon an earlier plea of guilty to Possession With Intent to Distribute at Least 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), and Carrying Firearms During and In Relation to a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 10, 2002, to the custody of the Bureau of Prisons for a term of 181 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On April 2, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence for count one was reduced from 121 months to 120 months, for a total of 180 months. Quantre Antawn Whitaker was released from custody on June 9, 2015, at which time the term of supervised release commenced.

On June 9, 2016, a Petition for Action of Supervised Release was filed after the defendant received a citation for Driving While License Revoked Impaired Revocation in Nash County, North Carolina. As a sanction for that violation, the defendant was required to adhere to a curfew for 30 days. The defendant completed this sanction without incident. This charge remains pending adjudication.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 29, 2016, the defendant was cited for Driving While License Revoked Not Impaired Revocation and Speeding (16CR702992) in Edgecombe County, North Carolina. The defendant received a verbal reprimand for continuing to drive without a state issued license. As a sanction for this conduct, we are recommending the defendant be required to complete 24 hours of community service. The defendant has also been instructed not to operate a motor vehicle on the highways of the State of North Carolina until properly licensed. This case remains pending adjudication. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

Except as herein modified, the judgment shall remain in full force and effect.

Quantre Antawn Whitaker
Docket No. 5:02-CR-111-1H
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: September 16, 2016

## ORDER OF THE COURT

Considered and ordered this 22nd day of September 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge