IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:02-CR-111-1H

UNITED STATES OF AMERICA,

v.

QUANTRE ANTAWN WHITAKER,
    Defendant.

**ORDER**

    This matter is before the court on the Second Amended Motion for Revocation of Supervised Release [DE #36]. At the hearing on October 10, 2018, the court heard from the parties and continued the matter for six months. Therefore, the motion for revocation will be held open for six months. If the court is not notified of any further violations before April 10, 2019, the motion for revocation will be dismissed without further hearing. If further violations occur, the probation officer shall notify the court and a hearing will be scheduled in this matter.

    This 11th day of October 2018.

                                MALCOLM J. HOWARD
                                Senior United States District Judge

At Greenville, NC
#35